| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JASPER LONG, | § § § | FILED: **12/10/20**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT COURT |
| Plaintiff, | § § | DAVID A. O'TOOLE, CLERK |
| *versus* | § § | CIVIL ACTION NO. 1:19-CV-200 |
| FAENAS TRANSPORT, LLC, | § § § | |
| Defendant. | § | |

## VERDICT OF THE JURY

### Question No. 1

Did the negligence, if any, of Alfredo Angel, the driver of the Faenas Transport, LLC, truck, proximately cause the occurrence in question?

Answer "Yes" or "No": _yes_

If your answer is "Yes," answer the following question. If your answer is "No," do not answer the following question.

### Question No. 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Jasper Long for the damages, if any, resulting from the occurrence in question?

Answer in Dollars and Cents, if any: $ _500,000.00_

## CERTIFICATE

We, the jury, have answered the above and foregoing Questions as herein indicated, and

**\*\*REDACTED\*\***      12.10.20
                                    DATE