IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JASPER N. LONG | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-cv-00200-MAC |
| | § | |
| FAENAS TRANSPORT, LLC | § | |

## JUDGMENT

A final jury trial on this cause was held beginning on December 7, 2020. All parties appeared and announced to the Court that they were ready for trial.

A jury was duly accepted, impaneled, and sworn. The jury returned its verdict on December 10, 2020, after hearing the evidence, argument, and the Court's instructions, and after receiving any special instructions and issues, as follows:

Did the negligence, if any, of Alfredo Angel, the driver of the Faenas Transport, LLC truck, proximately cause the occurrence in question?

Answer "Yes" or "No":  YES

What sum of money if paid now in cash, would fairly and reasonably compensate Jasper Long for the damages, if any, resulting from the occurrence in Question?

Answer in Dollars and Cents, if any:  $500,000.00

Based on the jury's verdict, it is THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, Jasper N. Long, have judgment over and against Defendant, Faenas Transport, LLC, in the amount of $500,000.00 (Five Hundred Thousand and No/100 Dollars) for damages.

2. Plaintiff Jasper N. Long have judgment over and against Defendant, Faenas

Transport, LLC, in the amount of $_____ for prejudgment interest.

3.  Plaintiff Jasper N. Long have judgment over and against Defendant, Faenas Transport, LLC for post judgment interest on the total amount of the judgment until fully paid, compounded annually, at 5.00% per annum.

4.  All Costs of Court are hereby adjudged against Defendant, Faenas Transport, LLC.

**IT IS ORDERED** that any party in favor of whom judgment is awarded is entitled to enforce this judgment through abstract, execution and any other process necessary.

This judgment finally disposes of all parties and all claims and is appealable.

**SIGNED** at Beaumont, Texas, this _____ day of December, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE