| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JASPER LONG, §
  §
     Plaintiff, §
  §
versus § CIVIL ACTION NO. 1:19-CV-200
  §
FAENAS TRANSPORT, LLC, §
  §
     Defendant. §

## FINAL JUDGMENT

It is ordered that Plaintiff Jasper Long recover of Defendant Faenas Transport, LLC:

Compensatory damages of $500,000.00;

Prejudgment interest of $41,164.38;

Postjudgment interest on the total of $541,164.38 at the rate of 0.10% per annum until paid.

It is further ordered that Plaintiff Jasper Long's court costs are taxed against Defendant Faenas Transport, LLC.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 16th day of December, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE